**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.741.1670, FX - 615.532.2788**
**Service.Process@tn.gov**

FILED

MAY 26 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

May 19, 2020

Lincoln National Life Insurance Company
2908 Poston Avenue, % C S C
Nashville, TN 37203
NAIC # 65676

Certified Mail
Return Receipt Requested
7019 1120 0000 4178 7004
Cashier # 53154

Re: Sherry D Compton V. Lincoln National Life Insurance Company

Docket # 3:20-Cv-159

To Whom It May Concern

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served April 23, 2020, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
800 Market Street, Ste 330
Knoxville, Tn 37902

Only ONE copy of the Summons or Subpoena was received by this office and it has been sent to the insurance company