**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **SHERRY D. COMPTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 3:20-cv-00159** |
| | ) | |
| **v.** | ) | **JUDGE REEVES** |
| | ) | |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | **MAGISTRATE JUDGE POPLIN** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

Plaintiff Sherry D. Compton and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 4th day of August 2020.

Respectfully submitted,

**LAW OFFICES OF TONY FARMER AND JOHN DREISER**

/s/ John P. Drieser
John P. Drieser (BPR #020743)
1356 Papermill Pointe Way
Knoxville, TN 37909
PH: (865) 584-1211
FX: (865) 584-1171
Email: John@farmerdreiser.com

ATTORNEYS FOR PLAINTIFF

**- AND -**

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT